UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESUS REINA-LEON,

      Plaintiff,

v.                                      Case No. 8:18-cv-2262-T-33AEP

HOME DEPOT, U.S.A., INC.,
a foreign profit corporation,

      Defendant.

_____/

## **ORDER**

This cause comes before the Court upon Defendant's Unopposed Motion for Rule 35 Examination (Doc. 22). By the motion, Defendant requests that Plaintiff submit to a physical examination with Dr. Steven Knezevich, which shall include an orthopedic examination. Pursuant to Rule 35, Federal Rules of Civil Procedure, where an action is pending, the court may order a party whose mental or physical condition is in controversy to submit to examination by a suitably licensed or certified examiner. Fed. R. Civ. P. 35(a)(1). In this instance, the physical examination of Plaintiff relates to alleged personal injuries Plaintiff suffered while lawfully on Defendant's premises and which he placed into controversy in this action. The parties agree that the physical examination shall involve no invasive testing and will be performed by Dr. Knezevich on March 25, 2019, at 4:00 p.m. at his office, located at 3820 Northdale Blvd., Suite 105A, Tampa, Florida 33624. Accordingly, it is hereby

ORDERED:

1. Defendant's Unopposed Motion for Rule 35 Examination (Doc. 22) is GRANTED.

2. Plaintiff's physical examination will proceed in the time, place, and manner and within the scope and conditions set forth herein.

DONE AND ORDERED in Tampa, Florida, on this 13th day of March, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record